AUSA: Roy R. Kranz Telephone: (989) 895-5712

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Nicholas Vanderploeg, FBI Telephone: (989) 892-6525

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
James Lee Hendrickson

Case No.
Case: 1:26−mj−30526
Assigned To : Morris, Patricia T.
Assign. Date : 8/28/2026
Description: CMP USA V. HENDRICKSON (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 27, 2026 in the county of Isabella in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1151<br>18 U.S.C. § 1153<br>18 U.S.C. § 113(a)(3) | Defendant, an Indian, within Indian country, as defined in 18 U.S.C. §1151, that is, the Isabella Reservation, assaulted, that is, intentionally used a display of force with a dangerous weapon against V.S., his former dating and intimate partner, which reasonably caused V.S. to fear immediate bodily harm, while defendant had the intent to do bodily harm, in violation of 18 U.S.C. sections 113(a)(3), 1151, and 1153. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Nicholas Vanderploeg, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

[signature]
*Judge's signature*

Date: 8/28/2026

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**
**<u>FOR JAMES LEE HENDRICKSON</u>**

I, Nicholas Vanderploeg, being duly sworn, depose and state:

1. I am a special agent with the Federal Bureau of Investigation and have been so employed for over 4 years. During my career I have been involved in numerous investigations concerning assault. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.
2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that James Lee Hendrickson committed the offense of assault with a dangerous weapon with the intent to cause bodily harm on or around August 27, 2026, in violation of 18 U.S.C. § 113(a)(3) and therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.
3. According to V.S., James Lee Hendrickson, her former boyfriend and former intimate and dating partner, intentionally attempted to stab her with a kitchen knife on August 27, 2026.
4. According to V.S., Hendrickson tried to pin her down with one arm on her throat and/or neck while he held a knife in his other hand, which he moved in a

stabbing motion, in an apparent attempt to stab V.S. V.S. said that if she had not fought back and held Hendrickson's arm, Hendrickson would have successfully stabbed her. Additionally, V.S. believes that her thumb may have been broken by Hendrickson during the struggle.

5. After getting away from Hendrickson, V.S. escaped to a bedroom in the home and braced herself against the door so Hendrickson could not get in.

6. According to V.S., this all happened at 2572 Crossway Lane, Mt. Pleasant, Michigan, which is on the Isabella Reservation, within Indian country, in the Eastern District of Michigan.

7. Affiant is aware that James Lee Hendrickson is an Indian.

8. Based on the above-described information, there is probable cause to believe that on or around August 27, 2026, James Lee Hendrickson committed an assault with a dangerous weapon with the intent to do bodily harm against V.S., in violation of 18 U.S.C. §§ 113(a)(3).

Nicholas Vanderploeg, FBI

Sworn to before me and signed in my presence
on _______________________________.

HON. KIMBERLY G. ALTMAN
United States Magistrate Judge



August 28, 2026